**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6273**

MOMOLU V.S. SIRLEAF, JR.,

Plaintiff - Appellant,

v.

EDDIE PEARSON, sued individually and in official capacity; JARRATT, Colonel, sued individually and in official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:15-cv-00301-MHL-RCY)

Submitted:  August 28, 2017                    Decided:  September 20, 2017

Before GREGORY, Chief Judge, and NIEMEYER and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Momolu V.S. Sirleaf, Jr., Appellant Pro Se.  Jessica Leigh Berdichevsky, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Momolu V.S. Sirleaf, Jr., appeals the district court's order granting summary judgment to the Defendants and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sirleaf v. Pearson*, No. 3:15-cv-00301-MHL-RCY (E.D. Va. Feb. 16, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*